# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KAREN M RUML, <br><br> Defendant. | Case No. SA CV 16-2035 DOC (KESx) <br><br> **ORDER TO SHOW CAUSE** |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its prima facie case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summons. *See United States v. Powell*, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also Crystal v. United States*, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); *United States v. Jose*, 131 F.3d 1325, 1327 (9th Cir. 1997); *Fortney v. United States*, 59 F.3d 117, 119-120 (9th Cir. 1995) (the Government's prima facie case is typically made through the sworn declaration of the IRS agent who issued the summons); *accord United States v. Gilleran*, 992 F.2d 232, 233 (9th Cir. 1993).

1     THEREFORE, IT IS ORDERED that Respondent appear before this District
2 Court of the United States for the Central District of California in Courtroom No.
3 9C, Ronald Reagan Federal Building and United States Courthouse, 411 West
4 Fourth Street, Santa Ana, California 92701, **on January 9, 2017, at 8:30 A.M.,**
5 and show cause why the testimony and production of books, papers, records and
6 other data demanded in the subject Internal Revenue Service summons should not
7 be compelled.

8     IT IS FURTHER ORDERED that copies of this Order, the Petition,
9 Memorandum of Points and Authorities, and accompanying Declaration be served
10 promptly upon Respondent by any employee of the Internal Revenue Service or by
11 the United States Attorney's Office, by personal delivery, or by leaving copies of
12 each of the foregoing documents at the Respondent's dwelling or usual place of
13 abode with someone of suitable age and discretion who resides there, or by
14 certified mail.

15     IT IS FURTHER ORDERED that within ten (10) days after service upon
16 Respondent of the herein described documents, Respondent shall file and serve a
17 written response, supported by appropriate sworn statements, as well as any
18 desired motions. If, prior to the return date of this Order, Respondent files a
19 response with the Court stating that Respondent does not desire to oppose the relief
20 sought in the Petition, nor wish to make an appearance, then the appearance of
21 Respondent at any hearing pursuant to this Order to Show Cause is excused, and
22 Respondent shall be deemed to have complied with the requirements of this Order.

23     IT IS FURTHER ORDERED that all motions and issues raised by the
24 pleadings will be considered on the return date of this Order. Only those issues
25 raised by motion or brought into controversy by the responsive pleadings and
26 supported by sworn statements filed within ten (10) days after service of the herein
27 described documents will be considered by the Court. All allegations in the
28

1  Petition not contested by such responsive pleadings or by sworn statements will be
2  deemed admitted.

4  DATED: November 16, 2016      _____
                                    Judge David O. Carter
                                    United States District Judge